UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| UNITED STATES OF AMERICA | : | | |
|---|---|---|---|
| | : | | |
| *versus* | : | CRIMINAL NOS. | 03-120-B-M3 |
| | : | | 03-151-B-M1 |
| BARRY E. DAWSEY | : | | |

## ORDER

In consideration of the foregoing United States' Motion for Early Termination of Supervised Release;

IT IS HEREBY ORDERED that defendant's term of supervised release is hereby terminated and defendant is hereby discharged from supervision.

IT IS FURTHER ORDERED that the United States' Rule 35 Motion to Reduce Sentence for Substantial Assistance is hereby denied as moot.

Baton Rouge, Louisiana, February 14, 2008.

FRANK J. POLOZOLA
MIDDLE DISTRICT OF LOUISIANA